UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLM PARTNERS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIESTA PALMS, LLC, et al, ) <br> ) <br> Defendants. ) <br> ) | 2:11-CV-01387-PMP-CWH <br><br> **ORDER** |

On September 23, 2011, Defendants filed a Motion to Dismiss Plaintiff's Complaint (Doc. #7). To date, Plaintiff has failed to file a response in opposition to Defendants' Motion to Dismiss. Therefore, in accordance with the Local Rules of Practice of this Court, Plaintiff consents to the granting of Defendants' Motion. Moreover, a review of Defendants' Motion shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #7) is **GRANTED.**

DATED: October 17, 2011.

_____
PHILIP M. PRO
United States District Judge