UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CLM PARTNERS, LLC.,

    Plaintiff(s),

        vs                Case # 2:11-CV-1387-PMP-CWH

FIESTA PALMS, LLC, et al.,      ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

    Defendant(s).

        This case is currently stacked on the Trial Calendar of **Tuesday, January 14, 2014,** for a Jury Trial.

        **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Carl W. Hoffman** for a settlement conference.

        DATED this 18th day of June, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE