UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLM PARTNERS, LLC., )<br>)<br>       Plaintiff(s),  )<br>)<br>              vs          )<br>)<br>FIESTA PALMS, LLC, et al.,  )<br>)<br>       Defendant(s).  )<br>_____ ) | Case # 2:11-CV-1387-PMP-CWH<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE |

  This case is currently stacked on the Trial Calendar of **Tuesday, January 14, 2014,** for a Jury Trial.

  **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Carl W. Hoffman** for a settlement conference.

  DATED this 18th day of June, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE